```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                     CASE NO. 07 B 03643
   SCOTT F POMAZAL
                                           CHAPTER 13

                                           JUDGE: JACK B SCHMETTERER

         Debtor
   SSN XXX-XX-5055


---------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
---------------------------------------------------------------------
   The case was filed on 03/01/2007 and was not confirmed.

   The case was dismissed without confirmation 07/18/2007.
---------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT    INTEREST        PRINCIPAL
                                                           PAID            PAID
---------------------------------------------------------------------
BANK OF NEW YORK           NOTICE ONLY     NOT FILED           .00              .00
BANK OF NEW YORK           CURRENT MORTG        .00            .00              .00
BANK OF NEW YORK           MORTGAGE ARRE        .00            .00              .00
COUNTRYWIDE HOME LOANS I   NOTICE ONLY     NOT FILED           .00              .00
SEARS ROEBUCK & CO         SECURED           1450.94           .00              .00
MARCELLA POMAZAL           NOTICE ONLY     NOT FILED           .00              .00
ASSET ACCEPTANCE LLC       UNSEC W/INTER       62.68           .00              .00
ASSET ACCEPTANCE LLC       UNSEC W/INTER     3411.67           .00              .00
CAPITAL ONE                UNSEC W/INTER      496.60           .00              .00
CAPITAL ONE                UNSEC W/INTER      464.82           .00              .00
LOYOLA UNIVERSITY MED CT   UNSEC W/INTER     2688.80           .00              .00
DENNIS G KNIPP             DEBTOR ATTY      2,500.00                        2,500.00
TOM VAUGHN                 TRUSTEE                                            185.28
DEBTOR REFUND              REFUND                                             694.72

      Summary of Receipts and Disbursements:
---------------------------------------------------------------------
                       RECEIPTS           DISBURSEMENTS
---------------------------------------------------------------------
TRUSTEE                3,380.00

PRIORITY                                           .00
SECURED                                            .00
UNSECURED                                          .00
ADMINISTRATIVE                                2,500.00
TRUSTEE COMPENSATION                            185.28
DEBTOR REFUND                                   694.72
                       ---------------    ---------------
TOTALS                 3,380.00            3,380.00



              PAGE   1 - CONTINUED ON NEXT PAGE
      CASE NO. 07 B 03643 SCOTT F POMAZAL
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                                    /s/ Tom Vaughn
Dated: 12/13/07                     _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE
```